## Deardorff, Administrator, *v.* Continental Life Insurance Co., Appellant.

Submitted May 20, 1929. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

*John A. Hoober* for appellant.

*Harvey A. Gross,* for appellee.

PER CURIAM, July 1, 1929:
In this case, suit was instituted on an insurance policy, an affidavit of defense raising questions of law was

filed, the court below decided against defendant, "with leave to file a supplemental affidavit of defense to the averments of fact," and this appeal followed. In Stamper v. Kogelschatz, 289 Pa. 94, 95, we decided that an order such as here appealed from was interlocutory and no appeal could be taken therefrom.

The appeal is quashed.